Motion Granted. s/Donald C. Nugent, USDJ

# UNITED STATED DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **POLYONE CORPORATION** ) | CASE NO. 09CV00376 |
| ) | |
| Plaintiff, ) | JUDGE DONALD NUGENT |
| v. ) | |
| ) | |
| **CELLECT, LLC** ) | |
| ) | **NOTICE OF VOLUNTARY** |
| Defendant. ) | **DISMISSAL WITHOUT PREJUDICE** |

Plaintiff PolyOne Corporation hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of its dismissal without prejudice of its complaint against defendant, Cellect, LLC.

Each party shall bear its own costs, expenses and attorneys' fees.

        Respectfully submitted,

        /s/ Jennifer S. Roach
        Robert F. Ware (0055515)
        *Rob.Ware@ThompsonHine*.com
        Jennifer S. Roach (0074143)
        *Jennifer.Roach@ThompsonHine*.com
        THOMPSON HINE LLP
        127 Public Square
        3900 Key Center
        Cleveland, Ohio 44114
        Telephone: (216) 566-5500
        Fax: (216) 566-5800

        *Attorneys for Plaintiff PolyOne Corporation*

11439034.1

**CERTIFICATE OF SERVICE**

A copy of the foregoing *Notice of Voluntary Dismissal Without Prejudice* was filed this 18th day of May, 2009, and served via the Court's electronic notification system.

/s/ Jennifer S. Roach
One of the Attorneys for Plaintiff

11439034.1